UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 12-MJ-292** |
| | : | |
| | : | **VIOLATION:** |
| **JAMES WENDELL BROWN,** | : | **18 U.S.C. § 2252A(a)(2)** |
| DOB: 08/17/1961 | : | **(Distribution of Child Pornography)** |
| | : | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about March 5, 2012, in the District of Columbia, the defendant, **JAMES WENDELL BROWN**, did knowingly distribute three images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which items depicted prepubescent minors or minors under the age of twelve years, which items were shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, and which items were produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

(**Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252A(a)(2))

                                    RONALD C. MACHEN JR.
                                    United States Attorney
                                    D.C. Bar No. 498610

                                    /s/
                                    ARI B. REDBORD
                                    Assistant United States Attorney
                                    DC Bar No.476998
                                    U.S. Attorney's Office
                                    555 4th Street, N.W., Room 10-413
                                    Washington, D.C. 20530
                                    202-252-7018
                                    ari.redbord@usdoj.gov