UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>         v.                                                  )<br> )<br>JAMES WENDELL BROWN,              )<br> )<br>         Defendant.                              )<br>_____) | No.    12-cr-155 (RJL) |

### SUPPLEMENT TO MOTION FOR RECONSIDERATION
### OF MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582

Mr. Brown respectfully submits the following additional information in support of his motion for reconsideration of the denial of his request for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).

Today, May 26, 2020, the BOP reported its first inmate death at Mr. Brown's facility, FCI Butner Low.

For the three days since the filing of Mr. Brown's motion, Butner Low's outbreak has been the fourth largest in the BOP system, with the following case reports:

May 24, 2020 – 102 inmates/3 staff (plus 39 inmates/6 staff recovered)

May 25, 2020 – 102 inmates/3 staff (plus 39 inmates/6 staff recovered)

May 26, 2020 – 107 inmates/3 staff/1 inmate death (plus 40 inmates/6 staff recovered)

A ninth inmate has now succumbed at Butner Low's neighboring facility, Butner Medium I.  With only one additional recovery (now 179 total), almost 5% of the cases resolved there to date have been fatal.

This disease is devastating.  It spreads with ease from hosts who exhibit no sign of infection, meaning that once it gets a foothold in a contained and densely-packed environment

1

like a prison, it tears straight through the population trapped there.  Mr. Brown is afraid and, given his weakened condition, that fear is justified.

 This Court's 144-month sentence was the result of a careful balancing under very different circumstances.  Mr. Brown prays that the Court will rebalance the factors that led to that sentence in light of the extraordinary circumstances under which it is now being served, and conclude that it is no longer necessary that he serve the final 28 months of that sentence in prison in order to fulfill the purposes of sentencing.

    Respectfully submitted,

    A.J. KRAMER
    FEDERAL PUBLIC DEFENDER

    _____/s/_____
    CELIA GOETZL
    Assistant Federal Public Defender
    625 Indiana Ave. NW, Ste. 550
    Washington, D.C. 20004
    (202) 208-7500